UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 13, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHANNA LEEANN MCGILLIVRAY,

Defendant.

Case No. 2:16-cr-00225-TLN-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JOHANNA LEEANN MCGILLIVRAY

Case No. 2:16-cr-00225-TLN-1 Charge 18 USC §37, 31 USC §5324(a)(3) from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $

X   Unsecured Appearance Bond $   25,000 co-signed by Yolanda McGillivray

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

X   (Other): Pretrial conditions as stated on the record in open court.

Issued at Sacramento, California on January 13, 2017 at 2:00 PM

By: /s/ signature
Magistrate Judge Deborah Barnes