THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00225-TLN |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| vs. | |
| JOHANNA LEEANN McGILLIVRAY, and ZACHARY BASTIEN, | Date: March 16, 2017<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |
| Defendants. | |

The United States of America through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with Thomas A. Johnson, counsel for Zachary Bastien, and John Duree, counsel for Johanna Leeann McGillivray, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on February 16, 2017.

2. By this stipulation, defendants now move to continue the Status Conference to March 16, 2017, at 9:30 a.m. and to exclude time between February 16, 2017, and, March 16, 2017, under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. A continuance is requested because counsel for Mr. Bastien is getting substituted out of the case with appointed counsel, Todd Leras.  Defendants

both need additional time to review the discovery, conduct investigation, and discuss a potential resolution.

b. Counsel for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of February 16, 2017, to March 16, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE:  February 14, 2017

/s/   Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Zachary Bastien

DATED:  February 14, 2017

PHILIP A. TALBERT
Acting United States Attorney

By:   /s/ Thomas A. Johnson for
KEVIN KHASIGIAN
Assistant U.S. Attorney

DATE:  February 14, 2017

/s/   Thomas A. Johnson for
JOHN DUREE
Attorney for Johanna Leeann McGillivray

## ORDER

It is so ordered.

Date: February 15, 2017

Troy L. Nunley
United States District Judge

3