PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHANNA LEEANN MCGILLIVRAY, AND ZACHERY JOSEPH BASTIEN,<br><br>Defendants. | CASE NO. 2:16-CR-225-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  March 16, 2017<br>Time:  9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Johanna Leeann McGillivray and Zachery Joseph Bastien, on the other hand, through their respective attorneys, that the presently set March 16, 2017, at 9:30 a.m., status conference hearing shall be continued by the Court to May 4, 2017, at 9:30 a.m., to:  (1) allow counsel for McGillivray to review discovery, including Bates numbered materials MCGILLIVRAY_001001 through MCGILLIVRAY_001220 and eight pages of a FBI computer printout for McGillivray, produced by the United States; conduct his independent investigation into the facts and applicable law; interview witnesses; discuss with his client potential pretrial resolution; and otherwise prepare McGillivray's defense; (2) allow Bastien time to obtain new counsel to replace existing counsel, Thomas Johnson, Esq.; (3) allow new counsel for Bastien to request discovery, which the United States stands ready to produce; and (4) allow new counsel for Bastien to review discovery, conduct his independent investigation into the facts and applicable law,

interview witnesses, discuss with his client potential pretrial resolution, and otherwise prepare Bastien's defense. Bastien's present counsel, Mr. Johnson, has communicated with Bastien and Bastien's anticipated new counsel, Todd Leras, Esq, and Bastien and Mr. Leras have no objection to the instant stipulation and proposed order.

The parties agree and request that the Court find that: (1) the failure to grant this requested continuance would deny Bastien continuity of counsel, and both defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a trial in a speedy trial.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, March 9, 2017, to and including the May 4, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow continuity of Bastien's counsel, and both defense counsel reasonable time to prepare their respective client's defenses.

Dated:  March 9, 2017          */s/ John Duree*
                               _____
                               JOHN DUREE
                               Attorney for defendant
                               Johanna Leeann McGillivray
                               (Per email authorization)

Dated:  March 9, 2017          */s/ Thomas Johnson*
                               _____
                               THOMAS JOHNSON
                               Attorney for defendant
                               Zachery Joseph Bastien
                               (Per email authorization)

| | |
|---|---|
| Dated: March 9, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | By: */s/ Samuel Wong*<br>_____<br>SAMUEL WONG<br>KEVIN KHASIGIAN<br>Assistant U.S. Attorneys |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set March 16, 2017, at 9:30 a.m., status conference hearing shall be continued to May 4, 2017, at 9:30 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defendant Zachery Bastien continuity of counsel, and both defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a trial in a speedy trial. The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, March 9, 2017, to and including the May 4, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow Bastien continuity of counsel, and both defense counsel time to prepare their respective client's defenses.

IT IS SO ORDERED.

Dated: March 10, 2017

_____
Troy L. Nunley
United States District Judge

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME                3