| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | SAMUEL WONG |
| | KEVIN KHASIGIAN |
| 3 | Assistant United States Attorneys |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 554-2772 |

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-225-TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JOHANNA LEEANN MCGILLIVRAY, AND ZACHERY JOSEPH BASTIEN, | |
| Defendants. | Date: May 4, 2017<br>Time: 9:30 a.m.<br>Court: Hon. Troy L. Nunley |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Johanna Leeann McGillivray and Zachery Joseph Bastien, on the other hand, through their respective attorneys, that the presently set May 4, 2017, at 9:30 a.m., status conference hearing shall be continued by the Court to June 15, 2017, at 9:30 a.m., to: (1) allow counsel for McGillivray to review discovery produced by the United States, conduct their independent investigation into the facts and applicable law, interview witnesses, discuss with their client potential pretrial resolution, and otherwise prepare McGillivray's defense; and (2) allow Todd Leras, Bastien's new attorney, who recently entered this case, time to review discovery (which he requested and received within approximately the last week from the United States), conduct his independent investigation into the facts and applicable law, interview witnesses, discuss with his client potential pretrial resolution, and otherwise prepare Bastien's defense.

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME

1

1  The parties agree and request that the Court find that: (1) the failure to grant this requested continuance would deny respective counsel for both defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a trial in a speedy trial.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, May 2, 2017, to and including the June 15, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow respective counsel for both defendants reasonable time necessary for effective preparation of their client's defenses.

Dated: May 2, 2017  /s/ John Duree
/s/ Erin Radekin
_____
JOHN DUREE
ERIN RADEKIN
Attorneys for defendant
JOHANNA LEEANN MCGILLIVRAY
(Per email authorization)

Dated: May 2, 2017  /s/ Todd Leras
_____
TODD LERAS
Attorney for defendant
Zachery Joseph Bastien
(Per email authorization)

|     |                                          |                                              |
| --- | ---------------------------------------- | -------------------------------------------- |
| Dated: May 2, 2017 |                                | PHILLIP A. TALBERT                           |
|                                                 || United States Attorney                       |

Dated: May 2, 2017

PHILLIP A. TALBERT
United States Attorney

By: */s/ Samuel Wong*
_____
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set May 4, 2017, at 9:30 a.m., status conference hearing shall be continued to June 15, 2017, at 9:30 a.m.

Based on the representations of the parties in their stipulation, the Court finds that the failure to grant this requested continuance would deny respective counsel for defendants Johanna Leeann McGillivray and Zachery Joseph Bastien reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, May 2, 2017, to and including the June 15, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow respective counsel for defendants McGillivray and Bastien reasonable time necessary for effective preparation of their client's defenses.

IT IS SO ORDERED.

Dated: May 2, 2017

_____
Troy L. Nunley
United States District Judge

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME         3