| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | SAMUEL WONG |
|   | KEVIN KHASIGIAN |
| 3 | Assistant United States Attorneys |
|   | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
|   | Telephone: (916) 554-2772 |
| 5 | |
| 6 | Attorneys for plaintiff |
|   | United States of America |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-225-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JOHANNA LEEANN MCGILLIVRAY, AND ZACHERY JOSEPH BASTIEN, | |
| Defendants. | Date: June 15, 2017<br>Time: 9:30 a.m.<br>Court: Hon. Troy L. Nunley |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Johanna Leeann McGillivray and Zachery Joseph Bastien, on the other hand, through their respective attorneys, that the presently set June 15, 2017, at 9:30 a.m., status conference hearing shall be continued by the Court to September 21, 2017, at 9:30 a.m., to allow each defense counsel to review discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss with counsel's client potential pretrial resolution, and otherwise prepare each client's respective defense.

The parties agree and request the Court find that: (1) the failure to grant this requested continuance would deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a speedy trial.

STIPULATION & ORDER CONTINUING TCH

1

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, June 13, 2017, to and including the September 21, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time to prepare each respective client's defenses.

Dated: June 13, 2017  */s/ John Duree*

JOHN DUREE
Attorney for defendant
Johanna Leeann McGillivray
(Per email authorization)

Dated: June 13, 2017  */s/ Todd Leras*

TODD LERAS
Attorney for defendant
Zachery Joseph Bastien
(Per email authorization)

Dated: June 13, 2017  PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Wong*
By:

SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set June 15, 2017, at 9:30 a.m., status conference hearing shall be continued to September 21, 2017, at 9:30 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a speedy trial.

. The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, June 13, 2017, to and including the September 21, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time necessary to prepare each respective client's defenses.

IT IS SO ORDERED.

Dated: June 13, 2017

Troy L. Nunley
United States District Judge