| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | SAMUEL WONG |
| | KEVIN KHASIGIAN |
| 3 | Assistant United States Attorneys |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 554-2772 |
| 5 | |
| 6 | Attorneys for plaintiff |
| | United States of America |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-225-TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JOHANNA LEEANN MCGILLIVRAY, AND ZACHERY JOSEPH BASTIEN, | Date: November 16, 2017<br>Time: 9:30 a.m.<br>Court: Hon. Troy L. Nunley |
| Defendants. | |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Johanna Leeann McGillivray and Zachery Joseph Bastien, on the other hand, through their respective attorneys, that the presently set November 16, 2017, at 9:30 a.m., status conference hearing shall be continued by the Court to February 1, 2018, at 9:30 a.m., to allow each defense counsel to review discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss with counsel's client potential pretrial resolution, and otherwise prepare each client's respective defense.

The parties agree and request the Court find that: (1) the failure to grant this requested continuance would deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a speedy trial.

1

STIPULATION & ORDER CONTINUING TCH

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, November 14, 2017, to and including the February 1, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time to prepare each respective client's defenses.

Dated:  November 14, 2017    */s/ John Duree*

  _____
  JOHN DUREE
  Attorney for defendant
  Johanna Leeann McGillivray
  (Per email authorization)

Dated:  November 14, 2017    */s/ Todd Leras*

  _____
  TODD LERAS
  Attorney for defendant
  Zachery Joseph Bastien
  (Per email authorization)

Dated:  November 14, 2017    PHILLIP A. TALBERT
  United States Attorney

  */s/ Samuel Wong*
  By: _____
  SAMUEL WONG
  KEVIN KHASIGIAN
  Assistant United States Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set November 16, 2017, at 9:30 a.m., status conference hearing shall be continued to February 1, 2018, at 9:30 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, November 14, 2017, to and including the February 1, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time necessary to prepare each respective client's defenses.

IT IS SO ORDERED.

Dated: November 14, 2017

Troy L. Nunley
United States District Judge