| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | SAMUEL WONG |
| | KEVIN KHASIGIAN |
| 3 | Assistant United States Attorneys |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 554-2772 |
| 5 | |
| 6 | Attorneys for plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-225-TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JOHANNA LEEANN MCGILLIVRAY, AND ZACHERY JOSEPH BASTIEN, | Date: February 1, 2018 |
| Defendants. | Time: 9:30 a.m. |
| | Court: Hon. Troy L. Nunley |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Johanna Leeann McGillivray and Zachery Joseph Bastien, on the other hand, through their respective attorneys, that the presently set February 1, 2018, at 9:30 a.m., status conference hearing shall be continued by the Court to March 22, 2018, at 9:30 a.m., to allow each defense counsel to review discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss with counsel's client potential pretrial resolution, and otherwise prepare each client's respective defense.

In addition, Todd Leras, Esq., counsel for defendant Zachery Bastien is presently assigned to a jury trial before District Judge Morrison England in the matter of <u>United States v. Jamal Shehadeh, Saber Shehadeh, and Brian Stone</u>, Case No. 2:16-CR-038 MCE, scheduled to commence on February 26, 2018. Mr. Leras represents Saber Shehadeh. The jury trial is anticipated to take eight to twelve

STIPULATION & ORDER CONTINUING TCH

1 weeks to complete and possibly extend into June 2018. Discovery produced in that matter exceeds
2 117,000 pages of Bates-stamped documents. Most of Mr. Leras' work schedule has been occupied in
3 preparing for this trial and Mr. Leras has been unable to fully prepare Bastien's defense in the instant
4 case.

The United States has requested that the parties advance the case by requesting that the Court set a trial and motions briefing schedule in the McGillivray/Bastien matters. However, respective counsel for both defendants are not presently prepared to commit to a trial and a motions briefing schedule, but believe that by the March 22, 2018, status conference date they will be in a more informed position to make such decisions. In particular, Mr. Leras represents the time demands of the <u>Shehadeh</u> matter preclude him from committing to specific dates in the McGillivray/Bastien matter at this time.

The parties agree and request the Court find that: (1) the failure to grant this requested continuance would deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a speedy trial.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, January 26, 2018, to and including the

///
///
///

| | |
|---|---|
| 1 | March 22, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. |
| 2 | § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time to |
| 3 | prepare each respective client's defenses. |

Dated:  January 26, 2018          */s/ John Duree*
                                  _____
                                  JOHN DUREE
                                  Attorney for defendant
                                  Johanna Leeann McGillivray
                                  (Per email authorization)

Dated:  January 26, 2018          */s/ Todd Leras*
                                  _____
                                  TODD LERAS
                                  Attorney for defendant
                                  Zachery Joseph Bastien
                                  (Per email authorization)

Dated:  January 26, 2018          MCGREGOR W. SCOTT
                                  United States Attorney

                                  */s/ Samuel Wong*
                          By:     _____
                                  SAMUEL WONG
                                  KEVIN KHASIGIAN
                                  Assistant United States Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set February 1, 2018, at 9:30 a.m., status conference hearing shall be continued to March 22, 2018, at 9:30 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, January 26, 2018, to and including the March 22, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time necessary to prepare each respective client's defenses.

IT IS SO ORDERED.

Dated: January 26, 2018

Troy L. Nunley
United States District Judge