MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-225-TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JOHANNA LEEANN MCGILLIVRAY, AND ZACHERY JOSEPH BASTIEN, | |
| Defendants. | Date: March 22, 2018<br>Time: 9:30 a.m.<br>Court: Hon. Troy L. Nunley |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Johanna Leeann McGillivray and Zachery Joseph Bastien, on the other hand, through their respective attorneys, that the presently set March 22, 2018, at 9:30 a.m., status conference hearing shall be continued by the Court to July 19, 2018, at 9:30 a.m., to allow each defense counsel to review discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss with counsel's client potential pretrial resolution, and otherwise prepare each client's respective defense.

In addition, Todd Leras, Esq., counsel for defendant Zachery Bastien is presently assigned to a jury trial before District Judge Morrison England in the matter of United States v. Saber Shehadeh, Case No. 2:16-CR-038 MCE, scheduled to commence on May 14, 2018. Mr. Leras advises that there are approximately 117,000 discovery documents in that case. The jury trial in Shehadeh may

1

1  possibly extend into mid-June 2018.  Most of Mr. Leras' work schedule has been occupied in

2  preparing for this trial and Mr. Leras has been unable to fully prepare Bastien's defense in the instant

3  case.

4         The United States has requested that the parties advance the case by requesting that the Court

5  set a trial and motions briefing schedule in the McGillivray/Bastien matters.  However, respective

6  counsel for both defendants are not presently prepared to commit to a trial and a motions briefing

7  schedule, but believe that by the July 19, 2018, status conference date they will be in a more

8  informed position to make such decisions.  In particular, Mr. Leras represents the time demands of

9  the <u>Shehadeh</u> matter preclude him from committing to specific dates in the McGillivray/Bastien

10 matter at this time.

11        The parties agree and request the Court find that:  (1) the failure to grant this requested

12 continuance would deny each defense counsel reasonable time necessary for effective preparation,

13 taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the

14 case as requested outweigh the best interests of the public and the defendants in a speedy trial.

15        The parties further agree and request that the Court order for the purpose of computing time

16 under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must

17 commence, the time period from the date of this stipulation, March 20, 2018, to and including the

18 ///

19 ///

20 ///

July 19, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and

B(iv) and Local Code T4 to allow each defense counsel reasonable time to prepare each respective

client's defenses.

Dated: March 20, 2018     */s/ John Duree*

                _____
                JOHN DUREE
                Attorney for defendant
                Johanna Leeann McGillivray
                (Per email authorization)

Dated: March 20, 2018     */s/ Todd Leras*

                _____
                TODD LERAS
                Attorney for defendant
                Zachery Joseph Bastien
                (Per email authorization)

Dated: March 20, 2018     MCGREGOR W. SCOTT
                United States Attorney

                */s/ Samuel Wong*
         By: _____
                SAMUEL WONG
                KEVIN KHASIGIAN
                Assistant United States Attorneys

1

**ORDER**

2          The Court, having received, read, and considered the stipulation of the parties, and good

3   cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order.  It is

4   hereby ORDERED that the presently set March 22, 2018, at 9:30 a.m., status conference hearing

5   shall be continued to July 19, 2018, at 9:30 a.m.

6          Based on the representations of the parties in their stipulation, the Court finds that:  (1)

7   the failure to grant this requested continuance would deny each defense counsel reasonable time

8   necessary for effective preparation, taking into account the exercise of due diligence; and (2) the

9   ends of justice served by continuing the case as requested outweigh the best interests of the public

10  and the defendants in a speedy trial.

11         The Court hereby orders that for the purpose of computing time under the Speedy Trial Act,

12  18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from

13  the date of this stipulation, March 20, 2018, to and including the July 19, 2018, status conference

14  hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to

15  allow each defense counsel reasonable time necessary to prepare each respective client's defenses.

16         IT IS SO ORDERED.

17

18         Dated: March 21, 2018

19                                                              _____
                                                               Troy L. Nunley
20                                                             United States District Judge

21

22

23

24

25

26

27

28