**JOHN R. DUREE, JR., INC.**
**A Professional Law Corporation**
**Attorney at Law – SBN 65684**
1001 G Street, Suite 103
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
JOHANNA LEEANN MCGILLIVRAY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-00225-GEB-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER TO MODIFY CONDITIONS** |
| | ) | **OF RELEASE** |
| | ) | |
| JOHANNA LEEANN MCGILLIVRAY, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

## STIPULATION

On January 13, 2017, defendant Johanna Leeann McGillivray was released with the

condition that she submit to drug and/or alcohol testing as approved by the Pretrial Services

officer.  ECF Nos. 11, 12 (condition no. 10).

At this time defendant, with the full agreement of Pretrial Services, is requesting that

special condition no. 10, which requires that the defendant submit to drug and/or alcohol testing,

be removed.  All other conditions will remain in place and she will continue on pre-trial

supervision. Attached hereto are the Amended Special Conditions of Release as proposed by the Pretrial Services officer and the defendant.

The defendant and Pretrial Services feel that this action is appropriate at this time on the ground that the defendant has been fully compliant with all conditions of pre-trial release and has not had any positive drug tests since her release. Her pre-trial services officer Steven Sheehan is requesting that the drug testing condition be removed. The Court is advised that attorney for the United States in this action, Assistant United States Attorney Samuel Wong, has been apprised of this request, has been provided with a copy of the attached amended conditions, and has indicated that he has no objection to such modification to the conditions of defendant's release. The Court is further advised Mr. Wong has authorized Mr. Duree to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. IT IS SO STIPULATED.

Dated: February 1, 2019      MCGREGOR W. SCOTT
               United States Attorney

             By:  /s/ Samuel Wong
               SAMUEL WONG
               Assistant United States Attorney

Dated: February 1, 2019      /s/ John R. Duree, Jr.
               JOHN R. DUREE, JR.
               Attorney for Defendant
               JOHANNA LEEANN MCGILLIVRAY

## ORDER

Good cause appearing and for the reasons stated in the stipulation of the parties, the conditions of defendant Johanna Leeann McGillivray's release are hereby modified pursuant to

18 U.S.C. § 3145(a). The new conditions of release are those set forth in the Amended Special Conditions of Release attached to the parties' stipulation.

IT IS SO ORDERED.

Dated:  February 4, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

# <u>AMENDED SPECIAL CONDITIONS OF RELEASE</u>

Re: Johanna Leeann McGillivray
No. 2:16-CR-00225-TLN
Date:January 13, 2017

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You must report in person to the Pretrial Services Agency today following your release from custody;
3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
4. You must cooperate in the collection of a DNA sample;
5. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;
6. You must surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;
7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;
8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
9. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;
10. You must not associate or have any contact with co-defendant unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and
11. You must report any contact with law enforcement to your pretrial services officer within 24 hours.