JOHN R. DUREE, JR., INC.
A Professional Law Corporation
Attorney at Law – SBN 65684
1001 G Street, Suite 103
Sacramento, CA 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
JOHANNA LEEANN MCGILLIVRAY

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00225-GEB |
| Plaintiff, | STIPULATION AND ORDER VACATING TRIAL CONFIRMATION AND TRIAL DATES, SETTING A STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JOHANNA LEEANN MCGILLIVRAY, | Court: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

## **STIPULATION**

1. By previous order, this matter was set for a jury trial on January 21, 2020, and a trial confirmation hearing on December 6, 2019.

2. By this stipulation, Defendant JOHANNA LEEANN MCGILLIVRAY and the United States of America ("government"), by and through counsel of record, hereby request that the Trial Confirmation Hearing date of December 6, 2019 be vacated and the matter be set for a status conference on January 17, 2020.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes financial records, summaries of interviews, and other documents associated with a lengthy interstate financial and drug investigation. This discovery has been either produced directly to counsel and/or made available for inspection.

b) On October 11, 2019, co-defendant Zachery Bastien pleaded guilty to Count One of the Superseding Indictment charging conspiracy to structure monetary transactions in violation of 18 U.S.C. § 371. Bastien pleaded guilty in each of the case related to Defendant's case [Nos. 2:16-CR-216 GEB, 2:16-CR-224 GEB, 2:16-CR-225 GEB] and is currently scheduled to be sentenced in January 2020. Bastien's plea agreement included a cooperation provision. Following Bastien's guilty pleas, the government provided in discovery additional discovery pertaining to financial transactions and interviews conducted in this case. This discovery has been either produced directly to counsel and/or made available for inspection.

c) Whereas, each defense counsel desires additional time after counsel's review and investigation of all the discovery provided by the United States to aid in the preparation of his/her respective client's defense and otherwise advise the client on the ramifications of accepting or rejecting any plea offer made to the client.

d) Whereas, there are currently three defendants remaining who are scheduled for trial in this case, although the number of defendant who actually proceed to trial may change; and

e) Whereas, the criminal conspiratorial acts charged in the Indictments in each of the three related cases [Nos. 2:16-CR-216 GEB, 2:16-CR-224 GEB, 2:16-CR-225 GEB] are alleged to have taken place in multiple counties and multiple federal judicial districts, and are alleged to involve approximately 255 banking transactions. The United States anticipates relying on several hundred exhibits at trial.

4. It is hereby STIPULATED and AGREED by and between plaintiff United States of America, on the one hand, and defendant JOHANNA LEEANN MCGILLIVRAY, on the other hand, through their respective attorneys, that:

(1) The presently set December 6, 2019 trial confirmation hearing and January 21, 2020 trial date shall be vacated and a status conference set for January 17, 2020, at 9:00 a.m.;

(2) The Court shall find that this case is unusual and complex, as related to the other three cases, due to the number of defendants (four), and the nature of the prosecution (as described above) that is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161;

(3) The Court shall find that the denial of the requested continuance would deny counsel for each defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(4) The Court shall find that the ends of justice served by the grating of such continuance outweigh the best interests of the public and the defendants in a speedy trial;

(5) Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 and T4, the Court shall exclude time from the date of the parties' stipulation, December 5, 2019, until the proposed January 17, 2020, status conference from computation of time within which the trial of this matter must be commenced to allow each defense counsel time to prepare his/her client's defense.

DATED: December 5, 2019      MCGREGOR W. SCOTT
United Sates Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant United States Attorney

DATED: December 5, 2019    By: /s/ John R. Duree, Jr.
JOHN R. DUREE, JR.
Attorney for Defendant
Johanna Leeann McGillivray

3

STIPULATION AND ORDER CONTINUING
TCH AND TRIAL DATES

# ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court hereby finds that:

(1) the case, as related to the other three cases, is unusual and complex due to the number of defendants (four) and the nature of the prosecution (as described above) that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161;

(2) the denial of the requested continuance would deny counsel for each defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

(3) the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, it is hereby ORDERD that:

(4) the presently set December 6, 2019 trial confirmation hearing and January 21, 2020 trial date shall be vacated and a status conference set for January 17, 2020, at 9:00 a.m.; and

(5) pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) ad Local Codes T2 and T4, time is excluded from the date of the parties' stipulation, December 5, 2019, until the proposed January 17, 2020, status conference from computation time within which the trial of this matter must be commenced to allow each defense counsel time to prepare his/her client's defense.

Dated: December 6, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge