McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00225-MCE |
| Plaintiff, | |
| v. | ORDER TO DISMISS SUPERSEDING INDICTMENT AGAINST DEFENDANT JOHANNA LEEANN MCGILLIVRAY |
| JOHANNA LEEANN MCGILLIVRAY, | |
| Defendant. | |

**<u>ORDER</u>**

Upon motion of the government, it is ORDERED that the Superseding Indictment against the defendant is dismissed.

IT IS SO ORDERED.

Dated:  January 10, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE