**JOHN R. DUREE, JR., INC.**
A Professional Law Corporation
Attorney at Law – SBN 65684
1001 G Street, Suite 103
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
**JOHANNA LEEANN McGILLIVRAY**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:16-cr-00225-DB-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST FOR ORDER AND** |
| v. | ) | **ORDER TO** |
| | ) | **EXONERATE BOND AND** |
| | ) | **RETURN PASSPORT** |
| **JOHANNA LEEANN McGILLIVRAY**, | ) | |
| | ) | |
| Defendant. | ) | |

On January 13, 2017, the court ordered Ms. McGillivray released on a $25,000 unsecured bond, cosigned by her mother, subject to conditions, which included that she surrender her passport. ECF nos. 11, 12 (condition no. 6). On January 17, 2017, Ms. McGillivray surrendered her United States passport to the court. ECF no. 14.

On January 7, 2020, Ms. McGillivray was sentenced to two years of probation, with conditions that she pay a fine, complete community service, and other conditions. ECF no. 84.

It is not a condition of her probation that the court maintain custody of her passport. See ECF No. 86 at p. 2.

Accordingly, as Ms. McGillivray is no longer on pre-trial release and is currently serving her sentence, she respectfully requests the court exonerate the bond posted to secure her release and return her passport.

Dated: February 21, 2020          Respectfully Submitted,

    /s/ John R. Duree, Jr.
JOHN R. DUREE, JR.
Attorney for Defendant
JOHANNA LEEANN McGILLIVRAY

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the bond posted to secure the release of the defendant, Johanna Leeann McGillivray, be exonerated and that her United States passport surrendered to the court be returned to her.

Dated: February 25, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE